# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

JORGE ANTONIO GUTIERREZ-VALTIERRA,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No. 26-cv-02926-BAS-SBC

**ORDER REFERRING PETITION FOR WRIT OF HABEAS CORPUS FOR CONSIDERATION OF APPOINTMENT OF COUNSEL**

Petitioner Jorge Antonio Gutierrez-Valtierra filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) After the Court set a briefing schedule, the Government filed its response. (ECF Nos. 7–8.)

After reviewing the return, the Court finds it appropriate to **REFER** this matter to Federal Defenders of San Diego, Inc. for consideration of appointment of counsel. The Court requests that Federal Defenders review Petitioner's matters and file a status report addressing whether appointment of counsel is appropriate by **June 17, 2026**.

Accordingly, the Court directs the Clerk of Court to serve a copy of the Petition (ECF No. 1) and this Order on Federal Defenders of San Diego, Inc.

**IT IS SO ORDERED.**

**DATED: June 9, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv2926