**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ANTONIO GUTIERREZ-VALTIERRA,<br><br>                                   Petitioner,<br><br>    v.<br><br>TODD BLANCHE, *et al.*,<br><br>                                   Respondents. | Case No. 26-cv-02926-BAS-SBC<br><br>**ORDER REQUIRING SUPPLEMENTAL RESPONSE FROM THE GOVERNMENT** |

On March 24, 2026, this Court ordered that Petitioner receive a bond hearing before an Immigration Judge governed by 8 U.S.C. § 1226. (Case No. 26-cv-1343-BAS, ECF No. 11.) At that bond hearing, the onus was on Petitioner to show that he was not a flight risk or danger to the community if released. This bond hearing was held, and the Immigration Judge found Petitioner had failed to meet his burden.[1] (ECF No. 8, Ex. 1.)

Petitioner now files a second Petition alleging that he has been in custody for 10 months (now almost 12 months) without a bond hearing in violation of the Due Process Clause. (ECF No. 1.) Although Petitioner has had access to a bond hearing, if this Court

---

[1] Although the Immigration Judge found Petitioner "did not meet his burden of demonstrating he is a danger to the community or a flight risk," presumably this was an error, and the Immigration Judge meant that Petitioner did not meet his burden of demonstrating that he is *not* a danger to the community or a flight risk. (*See* ECF No. 8, Ex. 1.)

- 1 -

finds his lengthy detention violates the Due Process Clause, he would be entitled to a bond hearing where the Government, not Petitioner, has the burden of proving that Petitioner would be a danger to the community or flight risk.

Accordingly, the Court requests that the Government provide supplemental briefing on the issue of whether—if the Court finds Petitioner has been subject to prolonged detention in violation of the Due Process Clause—Petitioner is now entitled to a second bond hearing where the burden of proof is on the Government to show he would be a danger to the community or risk of flight if released. The Government shall file its supplemental briefing no later than **July 8, 2026**.

**IT IS SO ORDERED.**

**DATED: June 29, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv2926